AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| Nicole Catherwood Rude _____ ) | |
| *Plaintiff* ) | |
| v. Laughing Sun Brewery LLC ) | Civil Action No. _____ |
| *Defendant* ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

Arco    2. *If not incarcerated.*  If I am employed, my employer's name and address are:
1905 N Washington St
Bismarck ND 58501

My take-home pay or wages are:  $ ____500 - 700____ per *(specify pay period)* ____2 weeks____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I do not know the exact amount, around $2500 in mid summer on 12/15/2018 I severed a nerve and tendon in my right hand while prepping food at work.Was not able to work for 3 weeks and had limited hours once I started working again. I had to take out a loan 5-6 months prior due to my hand surgery. I ended up maxing 2 credit cards for basic supplies and food to eat and still have $900 left on my loan. I do not expect any more workman's comp.

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:   $ _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2002 Kia Sportage
Does not run and was quoted $100-200 when I tried to sell it to an auto repair shop.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Varies on amount of my paycheck. I have only received 2 and am trying to delegate between all of my creditors, a couple of my accounts have gone into collections. This month I have paid approximately the following amounts
MDU - $60          Student Loan - $80
Care Credit Card - $130    Personal Loan/Gate City Bank - $97
Walmart Card - $114    Phone - $60
Midcontinent - $30    Target Credit Card - I am still trying to get in contact with appropriate agency

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

$238.00 a month child support for A.R.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I do not know the total of a few of my debts currently because of recent payments and the loss of certain records with recent move. The numbers on the right side are approximate but should be pretty close
MDU - $115.90                    Student Loan - $1000.00
Care Credit Card - $772.56       Target Card - $1800.00
GCB Loan - $925.41               Walmart Card - $2000.00
Midcontinent - $157.02           Child Support - $400-700

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 2/24/2020

Nicole Rude
*Applicant's signature*

Nicole Rude
*Printed name*