# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Nicole Catherwood Rude, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Laughing Sun Brewery, LLC, | ) | Case No. 1:20-cv-029 |
| | ) | |
| Defendant. | ) | |

On May 5, 2020, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 18). This action is **DISMISSED** with prejudice. Each parties shall bear their own costs, fees, and disbursements.

**IT IS SO ORDERED.**

Dated this 6th day of May, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court